IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAIDRICK PEWITTE )
)
v. ) NO. 3-13-0484
) JUDGE CAMPBELL
ANNETTE HAYCRAFT, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 93), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Injunction and Temporary Restraining Order (Docket No. 82) is DENIED.

This action is set for a bench trial on September 20, 2016, beginning at 9:00 a.m. The pretrial conference is set for September 12, 2016, at 3:30 p.m. The parties shall notify the Court in writing by September 6, 2016, whether they are prepared to try this case at the scheduled time.

IT IS SO ORDERED.

                                                                         TODD J. CAMPBELL
                                                                         UNITED STATES DISTRICT JUDGE